IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VICKY RODRIGUEZ TORRES

    Debtor(s)

DONALD F WALTON

    Plaintiff

VICKY RODRIGUEZ TORRES

    Defendant(s)

CASE NO. 09-10864 BKT

CHAPTER 7

ADVERSARY NO. 10-00128 BKT

FILED & ENTERED ON 02/11/2011

## ORDER

Defendant's Motion for Leave to Appeal (docket #41) and Motion to Stay Pending Appeal (docket #42) are denied.

SO ORDERED.

San Juan, Puerto Rico, this 11 day of February, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

c:    DEBTOR(S)
      WILLIAM MELENDEZ
      WIGBERTO LUGO MENDER
      VICKY RODRIGUEZ TORRES