IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| VICKY RODRIGUEZ TORRES | CASE NO. 09-10864 BKT |
| | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 10-00128 |
| DONALD F. WALTON | |
| Plaintiff | |
| VICKY RODRIGUEZ TORRES | FILED & ENTERED ON 03/23/2011 |
| Defendant(s) | |

**ORDER**

The stipulation filed by the parties for the revocation and denial of discharge (docket #56) is granted. Judgment shall be entered accordingly.

SO ORDERED.

San Juan, Puerto Rico, this 23 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

c: DEBTOR(S)
WILLIAM MELENDEZ
WIGBERTO LUGO MENDER
VICKY RODRIGUEZ TORRES